FILED

2015 DEC 31  AM 9:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>ERIC MICHAEL POWERS<br>DEFENDANT(S). | CASE NUMBER<br>M 15 02471<br><br>AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: INDICTMENT
in the _____ District of ARIZONA on OCT. 27, 2015
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about NOV. 24, 2014
in violation of Title 18; 28 U.S.C., Section(s) 922, 924; 2461
to wit: FIREARMS; FORFEITURE

A warrant for defendant's arrest was issued by: CLERK OF THE COURT

Bond of $N/A was ☐ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach): WARRANT and INDICTMENT

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on   12/31/2015  , by
_____, Deputy Clerk.

_____        R. REYNA
Signature of Agent              Print Name of Agent

USMS                            DEO
Agency                          Title

---

CR-52 (05/98)                   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT